1  R. Scott Weide, Esq.
   Nevada Bar No. 5541
2  *SWeide@WeideMiller.com*
   Ryan Gile, Esq.
3  Nevada Bar No. 8807
   *rgile@weidemiller.com*
4  **WEIDE & MILLER, LTD.**
   7251 West Lake Mead Blvd. Suite 530
5  Las Vegas, NV  89128
   Telephone: (702) 382-4804
6  Facsimile: (702) 382-4805

7  Craig S. Summers, Esq. (pending *pro hac vice*)
   *craig.summers@knobbe.com*
8  David G. Jankowski, Esq. (pending *pro hac vice*)
   *david.jankowski@knobbe.com*
9  Jared C. Bunker, Esq. (pending *pro hac vice*)
   *jared.bunker@knobbe.com*
10 **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   2040 Main Street, Fourteenth Floor
11 Irvine, CA 92614
   Telephone: (949) 760-0404
12 Facsimile: (949) 760-9502

13 Steven A. Maddox, Esq. (pending *pro hac vice*)
   *steve.maddox@knobbe.com*
14 **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   1717 Pennsylvania Ave. N.W., Suite 900
15 Washington, D.C. 20006
   Telephone: (202) 640-6400
16 Facsimile: (202) 640-6401

17 Attorneys for Plaintiff
   CEATS, INC.
18
                **IN THE UNITED STATES DISTRICT COURT**
19
                   **FOR THE DISTRICT OF NEVADA**
20

21 | CEATS, INC., a Nevada corporation, | **Case No. 13-cv-01387-MMD-CWH** |
   |---|---|
22 | Plaintiff, | **UNOPPOSED MOTION AND ORDER FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT** |
23 | v. | |
24 | AMERICAN AIRLINES, INC.,  a Delaware corporation, | **[FIRST REQUEST]** |
25 | | |
26 | Defendant. | |

27

28

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

RRG-w-2959

1        Pursuant to Local Rules 6-1 and 6-2, Plaintiff CEATS, Inc. ("CEATS") moves the

2  Court for an Order extending the deadline for the parties to file the Joint Status Report

3  required by this Court's August 26, 2013 Minute Order [Dkt. No. 11].  The current deadline

4  to file the Joint Status Report is Monday, September 9, 2013.  CEATS requests that the

5  deadline be extended to September 16, 2013.  Counsel for CEATS has discussed the filing of

6  this Motion with counsel for Defendant American Airlines, Inc. and Defendant American

7  Airlines, Inc. does not oppose CEAT's filing of this Motion.

8        This is the first request for an extension and is being sought to allow CEATS

9  sufficient time to analyze the issues relating to Defendant's August 22, 2013 Notice Of

10  Suggestion Of Bankruptcy [Dkt. No. 10], and not for the purpose of improper delay.

11        DATED this 5th day of September, 2013

12                          Respectfully submitted,

13                          **WEIDE & MILLER, LTD.**

14

15  Dated:__September 5, 2013_____    By: _/s/ R. Scott Weide_____

                                      R. Scott Weide, Esq.

16                                Ryan Gile, Esq.

17                          and

18                          **KNOBBE, MARTENS, OLSON & BEAR, LLP**

19                          Craig S. Summers, Esq. (pending *pro hac vice*)

                              David G. Jankowski, Esq. (pending *pro hac vice*)

20                          Steven A. Maddox, Esq. (pending *pro hac vice*)

                              Jared C. Bunker, Esq. (pending *pro hac vice*)

21

22                          Attorneys for Plaintiff CEATS, INC.

23                          **IT IS SO ORDERED:**

24

25  Dated:_September 6, 2013_____

26                          MIRANDA M. DU

27                          UNITED STATES DISTRICT JUDGE

28

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

RRG-w-2959                     -1-                 Stipulation to Extend Deadline
                                                 Case No. 13-cv-01387-MMD-CWH